```
IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net
```

Attorney for Plaintiff, CHARLES E. CROCKETT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES E. CROCKETT, <br><br> Plaintiff, <br> vs. <br><br> CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: CV 12-08293 RZ <br><br> [PROPOSED] ORDER AWARDING EAJA FEES <br><br> HON. RALPH ZAREFSKY <br> UNITED STATES MAGISTRATE JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FOUR THOUSAND SEVEN HUNDRED FITY DOLLARS ($4,750.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: December 11, 2013

_____
HON. RALPH ZAREFSKY
UNITED STATES MAGISTRATE

| | |
|---|---|
| 1 | JUDGE |
| 2 | |